IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THERESA B. BRADLEY | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. PJM-06-1542 |
| HARFORD CARE CARE dba | : |
| MIDAS AUTO REPAIR & SERVICE | : |
| and | : |
| MIDAS, INC. | : |
| Defendants | : |

..oOo..

**MEMORANDUM OPINION**

Before the Court are a Complaint, Motion for Emergency Temporary Injunction, and Motion to Proceed in Forma Pauperis filed by Plaintiff pro se Theresa B. Bradley, Psy. D./ J.D., who states that she is legally domiciled in Georgia, but temporarily resides in Washington, D.C., against Defendants Harford Car Care, dba Midas Auto Repair of Bethesda, Maryland, and Midas, Inc., with corporate headquarters in Itasca, Illinois. Plaintiff brings this action based on diversity of citizenship of the parties. See 28 U.S.C. § 1332. In the Complaint, Plaintiff seeks *inter alia*, damages for breach of contract, common law torts, and negligence for damages to her "classic vintage Jaguar." Complaint at 3. She alleges these damages were incurred while the automobile was garaged at Midas Auto Repair of Bethesda. Upon review of Petitioner's pleadings and financial affidavit, the Court concludes that Plaintiff does not qualify for indigent status. Petitioner will be granted twenty days to submit the civil filing fee of $350.00.

The pleadings indicate that Plaintiff is temporarily residing in Washington, D.C. " due to a professional contract located at 4500 Connecticut Avenue, NW, #309, Washington, D.C. Plaintiff

is a [f]orensic [p]ychologist with a PSY.D. and JD degree who works for the criminal justice system and the Courts conducting forensic evaluations for the criminal justice system and engaged in grants application with the Department of Justice, Washington, D.C." Amended Complaint at 2.  It is unclear whether Plaintiff is receiving any income from that contract. Further, the financial affidavit submitted by Plaintiff does not list her living expenses in order to allow an analysis of her income and expenses.[1]  Lastly, the Court is concerned that Plaintiff has indicated on her financial affidavit that she owns no automobiles of any value. Paper No. 2 at 2.  The pleadings suggest that Plaintiff's vintage Jaguar automobile, albeit allegedly damaged, remains valuable personal property. [2]

For these reasons, the Court is unable to conclude that Plaintiff qualifies for indigent status for the purpose of this action.  Before further consideration of this case may proceed, Plaintiff must file the civil filing fee.  A separate Order consistent with this Memorandum Opinion follows.


  6/27/06                                                                       /s/
                                                                   PETER J. MESSITTE
                                          UNITED STATES DISTRICT JUDGE

---

[1] Sample forms for filing a financial affidavit in support of a Motion to Proceed in Forma Pauperis may be obtained from the Clerk or on-line at www.mdd.uscourts.gov.

[2] The pleadings refer to the "$50,000 Jaguar." Amended Complaint at 25 ¶ 67.